**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESSICA ROSARIO,

                Plaintiff,          20 **CIVIL** 2032 (AJN)(OTW)

       -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 23, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. On remand, the Appeals Council will assign the plaintiff's case to a different Administrative Law Judge to evaluate the plaintiff's claims further, offer the plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:** New York, New York
          June 23, 2021

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                 **BY:**     *K. Mango*
                                                      **Deputy Clerk**